**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            )<br>                                                      )<br>              Plaintiff,                   )<br>                                                      )<br> vs.                                                )<br>                                                      )<br>                                                      )<br> Orlando Noris-Uriarte,                )<br>                                                      )<br>              Defendant.                )<br>                                                      )<br>_____      ) | CR-12-881-PHX-FJM<br><br>**ORDER** |

The Court has received and considered Defendant's motion, erroneously entitled "Defendant's Motion to Continue Admit/Deny Hearing," doc. 30, when this matter is, in fact, set for a revocation/admission hearing.

Good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Continue Admit/Deny Hearing, doc. 30, is **GRANTED**. The revocation/admission hearing set for November 2, 2012 at 11:15 a.m. is reset to **Friday, November 30, 2012 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that defense counsel shall notify the assigned AUSA three business days prior to the hearing if the Defendant will proceed with an admission.

**IT IS FURTHER ORDERED** that because a district court "must hold the revocation hearing within a reasonable time in the district having jurisdiction[,]" there

///

///

1 | shall be no further continuances of the revocation hearing. *See* Rule 32.1(b)(2),
2 | Fed.R.Crim.P.
3 |     DATED this 1st day of November, 2012.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge